# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

Robert P. Young, Jr.,
Chief Justice

154278 & (19)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF SOUTHFIELD,
        Plaintiff-Appellant,

v

                                            SC: 154278
                                            COA: 333970

JORDAN DEVELOPMENT COMPANY, LLC,
and WORD OF FAITH CHRISTIAN CENTER
CHURCH,
        Defendants-Appellees.
                                            Oakland CC: 2016-151947-AA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 11, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016



Clerk

p0906